UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, ELSEVIER, INC., CENGAGE LEARNING, INC., and PEARSON EDUCATION, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>ALEX XIANWEI HUANG and DOES 1-10 d/b/a www.abcdebook.com <br><br>　　　　Defendants. | Case No. 17-cv-4919-JFK <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 3-9-18 |

**STIPULATION FOR ENTRY OF JUDGMENT AND**
**PERMANENT INJUNCTION AGAINST DEFENDANTS**

On June 30, 2017, Plaintiffs McGraw-Hill Global Education Holdings, LLC, Elsevier, Inc., Cengage Learning, Inc., and Pearson Education, Inc., ("Plaintiffs") filed this action against Defendants Alex Xianwei Huang, and Does 1-10 d/b/a www.abcdebook.com (collectively, "Defendants"), asserting a claim for copyright infringement. Plaintiffs and Defendants have agreed to settle this action and have entered into a formal written Settlement Agreement, the terms of which require, among other things, that Defendants agree, stipulate, and consent to: (1) entry of a Final Judgment and Permanent Injunction in a form substantially similar to the attached Exhibit A; and (2) transfer of the abcdebook.com domain name to Plaintiffs.

Stipulated and agreed by the parties:

OPPENHEIM + ZEBRAK LLP
on behalf of Plaintiffs

_____  Dated: 2/27/2018
Name: Leo Lichtman

Title: Associate, Oppenheim + Zebrak, LLP

ALEX XIANWEI HUANG

_Alex Huang_____  Dated: 05/02/2018

2