UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, ELSEVIER, INC., CENGAGE LEARNING, INC., and PEARSON EDUCATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX XIANWEI HUANG and DOES 1-10 d/b/a www.abcdebook.com<br><br>Defendants. | Case No. 17-cv-4919-JFK<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3-9-18 |

## [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION

Upon the Stipulation for Entry of Judgment and Permanent Injunction Against Defendant Alex Xianwei Huang (hereinafter "Defendant"), it is hereby:

I.    **ORDERED** that final judgment is **ENTERED** for Plaintiffs McGraw-Hill Global Education Holdings, LLC, Elsevier, Inc., Cengage Learning, Inc., and Pearson Education, Inc. (hereinafter, "Plaintiffs").

II.    **ORDERED** that a permanent injunction is **ENTERED** in this action. Defendant, along with his agents, servants, representatives, employees, successors, and assigns, and all those acting in concert or in participation with any of them, shall not:

    a)    Directly or indirectly infringe any of Plaintiffs' Copyrighted Works;[1]

---

[1] "Plaintiffs' Copyrighted Works" means any and all textbooks or other copyrighted works, or portions thereof, including instructor solutions manuals, instructor resource

  b) Copy, reproduce, download, distribute, upload, transmit, or otherwise exploit without authorization any of Plaintiffs' Copyrighted Works;

  c) Enable, facilitate, permit, assist, solicit, encourage or induce others to copy, reproduce, download, distribute, upload, transmit, or otherwise exploit without authorization any of Plaintiffs' Copyrighted Works; or

  d) Use, operate, maintain, assist, distribute, or support any computer server, website, online storefront, software, domain name, email address, social media account, bank account, or payment processing system in connection with the infringement of any of Plaintiffs' Copyrighted Works.

**III.** **ORDERED** that Defendant, his officers, directors, agents, servants, representatives, employees, successors, and assigns, and all those acting in concert or participation with any of them, shall assign and transfer to Plaintiffs ownership and control of the ABCDEBOOK.com domain name. Defendant, his officers, directors, agents, servants, representatives, employees, successors, and assigns, and all those acting in concert or participation with any of them, including the domain name registries and/or registrars administering, holding, listing, or otherwise having control over the domain names on behalf of Defendant, shall also take any and all actions that may be necessary to effectuate the change of registered ownership and control of the ABCDEBOOK.com domain name to Plaintiffs.

**IV.** **ORDERED** that Defendant, his officers, directors, agents, servants, representatives, employees, successors, and assigns, and all those acting in concert or

---

manuals, or test banks, whether now in existence or later created, regardless of media type, the copyrights to which are owned or controlled by any of Plaintiffs or their parents, subsidiaries, affiliates, predecessors, successors, and assigns, whether published in the United States or abroad.

participation with any of them, shall destroy all unauthorized copies of Plaintiffs' Works that they have in their possession, custody, or control.

     V.     **ORDERED** that the Court retains jurisdiction for the purpose of enforcing this Order. Without limiting the foregoing, in the event Plaintiffs discover any new websites owned or operated by Defendant in violation of any of the terms of this Permanent Injunction, Plaintiffs may move the Court for a supplemental order as may be appropriate to effectuate the purposes of this Permanent Injunction.

     VII.     The Clerk of Court is directed to close the case.

**It is SO ORDERED** this 9 day of ~~February~~ March, 2018.

_____
Judge John F. Keenan
United States District Judge